# STROOCK

By eFile

April 21, 2017 <span style="float: right">Raymond A. Garcia<br>Direct Dial: 212-806-5485<br>rgarcia@stroock.com</span>

Hon. Daniel J. Stewart
United States Magistrate Judge
Northern District of New York
445 Broadway, Room 406
Albany, New York 12207

Re:    Campbell, et al. v. Synchrony Bank, Case No. 1:17-cv-00080-MAD-DJS

Dear Judge Stewart:

We represent defendant Synchrony Bank ("Synchrony") in the above-referenced action. We write in anticipation of the April 26, 2017 conference (see Dkt. No. 3) and to request permission for attorney Raymond A. Garcia to telephonically appear at the conference. Plaintiff Roy Campbell, by and through his counsel of record, does not object to this request.

Mr. Garcia resides in New York, New York. Allowing Mr. Garcia to telephonically appear would reduce the burden and expense on Synchrony by eliminating the need for counsel to travel to and from Albany, New York. Accordingly, Synchrony requests permission for attorney Mr. Garcia to telephonically appear at the conference.

Respectfully submitted,

/s/ Raymond A. Garcia

Raymond A. Garcia

cc:    All Counsel (via ECF)

STROOCK & STROOCK & LAVAN LLP • LOS ANGELES • NEW YORK • MIAMI • WASHINGTON, DC
2029 CENTURY PARK EAST, LOS ANGELES, CA 90067-3086 TEL 310.556.5800 FAX 310.556.5959 WWW.STROOCK.COM

LA 52076233