**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-00501-GCM**

| | | |
|---|---|---|
| ROY CAMPBELL, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| J.C. PENNEY COMPANY INC. | ) | |
| J.C. PENNEY CORPORATION, INC. | | |
| SYNCHRONY BANK, | | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER COMES** before this Court on the Court's own motion to hold a status conference to address pre-trial management issues.

The Court orders a status conference to be held on October 24, 2018 at 10:30 a.m. Before this Court are three separate class action suits against Synchrony Bank for alleged violations of the Telephone Consumer Protection Act.[1] The Court intends to hold a joint status conference with the parties from each of those three cases to determine whether consolidation for purposes of discovery is needed. Additionally, the Court intends to discuss bifurcating discovery into class certification discovery and merits discovery. The parties should come prepared to discuss each of those topics. The status conference will be held in Charlotte, North Carolina in Courtroom 2-2 on October 24, 2018 at 10:30 a.m.

**SO ORDERED**.

---

[1] *Neal v. Wal-Mart, Inc. d/b/a Walmart*, 3:17-cv-00022 (W.D.N.C. filed 01/17/2017); *Campbell v. Synchrony Bank*, 3:18-cv-00501 (N.D.N.Y. filed 01/25/2017); *Mott v. Synchrony Bank*, 3:18-cv-00221 (M.D. Fla. filed 02/02/2018).

Signed: October 1, 2018

Graham C. Mullen
United States District Judge