# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:18-cv-501-GCM

| | |
|---|---|
| ROY CAMPBELL, et al, <br><br> **Plaintiffs,** <br><br> v. <br><br> SYNCHRONY BANK, <br><br> **Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Sergei Lemberg,** filed October 4, 2018 (Doc. No. 74).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Mr. Lemberg is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Roy Campbell.

**IT IS SO ORDERED.**

Signed: October 4, 2018

Graham C. Mullen
United States District Judge